FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0011

IN THE MATTER OF THE
CONSERVATORSHIP OF:

H.D.K.,                                                    O R D E R

      A Protected Person.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on August 11, 2021, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. R. 10(6) pertains to use of initials for parties in certain proceedings. It states: "In any proceeding regarding . . . Title 72, Chapter 5, part 3 (Guardians of Incapacitated Persons), only the initials of the child, parent(s), or individual party(ies), as the case may be, may be used in all filings." This matter on appeal pertains to § 72-5-401, MCA, original petition for appointment or protective order. However, because H.D.K. has been previously deemed a protected person pursuant to Title 72, Chapter 5, Part 3, any reference to her name must utilize initials. Appellant's reply brief identifies the protected person's last name on pages 22 and 24.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record; no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 12 2021